# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| **RONALD RITCHIE,**  Plaintiff,  v.  **AETNA LIFE INSURANCE COMPANY,**  Defendant. | Case No. 5:18-cv-0540-GFVT |

## NOTICE OF SETTLEMENT AND
## AGREED ORDER TO SET ASIDE PENDING DEADLINES

Plaintiff Ronald Ritchie and Defendant Aetna Life Insurance Company (collectively the "Parties") file this notice to report a settlement in the above matter. The Parties are currently working on completing and executing a settlement agreement and anticipate filing a Joint Stipulation of Dismissal within the next 30 days. The Parties stipulate and agree that all pending deadlines, including Defendant's responsive pleading deadline, should be set aside, in light of the settlement.

SEEN AND AGREED TO BY:

*/s/ Bartley K. Hagerman (with permission)*
Philip G. Fairbanks
Bartley K. Hagerman
Mehr, Fairbanks & Peterson
Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: 859-225-3731
Facsimile: 859-225-3830
pgf@austinmehr.com
bkh@austinmehr.com
Attorneys for Plaintiff

*/s/ William B. Wahlheim, Jr.*
William B. Wahlheim, Jr.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400, Regions/Harbert Plaza
Birmingham, AL  35203-25618
Telephone:  (205) 254-1000
wwahlheim@maynardcooper.com
Attorney for Defendant